# DISTRICT OF COLUMBIA COURT OF APPEALS

| Case | Docket | Date | Disposition | Judge |
|---|---|---|---|---|
| Tanner v. Caldwell | 15–FM–1058, 15–FM–1059 | 12/29/2016 | Vacated | Turner |
| Miller v. United States | 15–CM–1276 | 12/28/2016 | Affirmed | Ryan |
| Ramos v. Enterprise Information Services, Inc. | 15–CV–1006 | 12/28/2016 | Affirmed | Brenneman, Magistrate Judge |
| Johnson v. Furr, Inc. | 15–CV–1215 | 12/28/2016 | Affirmed | O'Keefe |
| Jeremiah v. United States | 16–CO–0007 | 12/22/2016 | Affirmed | Richter Leibovitz, Motions Judge |
| Hodge v. District of Columbia Department of Employment Services | 15–AA–1278 | 12/21/2016 | Affirmed | Dist. of Columbia Dept. of Employment Services - Compensation Review Bd. |
| Ford v. United States | 15–CM–836 | 12/21/2016 | Affirmed | Burgess, Jr. |
| Walden v. United States | 15–CO–1051 | 12/21/2016 | Affirmed | Christian |
| Sibley v. McConnell | 16–CV–0041 | 12/15/2016 | Affirmed | Ross |
| Williams v. United States | 14–CO–1391 | 12/13/2016 | Affirmed, in part; reversed, in part | Rankin |
| Bates v. United States | 15–CO–362 | 12/13/2016 | Affirmed | Leibovitz |
| Rodriguez v. District of Columbia Department of Employment Services | 15–AA–0970 | 12/09/2016 | Affirmed | Dist. of Columbia Dept. of Employment Services - Compensation Review Bd. |